

88 Broad Street
Suite 503
Boston, MA 02110
617-303-3940
617-507-7976 (fax)
www.jwjmlaw.com

March 17, 2026

**<u>BY ECF</u>**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Lownie v. Simon & Schuster, LLC / 25-cv-10261-AT*

Dear Judge Torres,

The parties submit this joint letter pursuant to the Court's case management order.

I.  <u>Description of the Case</u>

Plaintiff, Dr. Andrew Lownie, has alleged breach of contract by publisher Simon & Schuster, LLC ("S&S") for terminating a publishing contract to publish his work *Entitled: The Rise and Fall of the House of York* ("*Entitled*") in the United States. Harper Collins published the book in the United Kingdom where it became and remains a best seller. The parties entered into the contract in April 2025. It provided that S&S would pay a $250,000 advance in three equal installments and that the parties would follow a defined editorial review and revision process to prepare the manuscript for publication. Dr. Lownie alleges that S&S breached the contract, and in bad faith, by terminating it for "editorial unacceptability" of the manuscript prior to end of the period of time the contract allowed for revisions to the manuscript.

S&S defends on the basis that the contract was appropriately terminated for editorial unacceptability and that Plaintiff has not suffered any actual harm or damages and is barred from asserting any cause of action against S&S.

Dr. Lownie claims as damages the two advance installment payments he did not receive, royalties he would have earned from sales of the book in the United States, lost opportunities, and reputational damages.

II.      Contemplated Motions

The parties will determine appropriate motions to file as the case progresses, which could include summary judgment.

III.      Prospect for Settlement

The parties have engaged, and continue to engage, in settlement negotiations.

Respectfully Submitted,

/s/ Jeffrey Wiesner
Jeffrey Wiesner
Wiesner McKinnon LLP
Massachusetts Office:
88 Broad St., Ste. 503
Boston, MA 02110
New York Office:
418 Broadway #4674
Albany, NY 12207
617-303-3940
jwiesner@jwjmlaw.com


/s/ David S. Korzenik
David S. Korzenik

Miller Korzenik Rayman LLP
1501 Broadway, Suite 2015
New York, NY 10036
212-752-9200
dkorzenik@mkslex.com