USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 7/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW LOWNIE,

Plaintiff,

-against-

SIMON & SCHUSTER, LLC,

Defendant.

25 Civ. 10261 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Mr. Owen Woo moves to withdraw as Plaintiff's counsel. *See* ECF No. 31. Under Local Rule 1.4(b), "[a]ll motions to withdraw must be served upon the client and (unless excused by the court) upon all other parties. Proof of such service upon the client shall be filed on the docket in each case where withdrawal is sought." Accordingly, by **July 14, 2026**, Mr. Woo shall serve Plaintiff with his motion to withdraw and file proof of such service on the docket.

SO ORDERED.

Dated: July 7, 2026
New York, New York

ANALISA TORRES
United States District Judge